IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROBERT LEE PRICE,

      Petitioner,

v.                                        CASE NO.  4:04cv485-RH/WCS

JAMES CROSBY,

      Respondent.

_____/

## ORDER DENYING PETITION

This matter is before the court on the magistrate judge's report and recommendation (document 32) and the objections thereto (documents 34 and 35). I have reviewed de novo the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The clerk shall enter judgment stating, "The petition under 28 U.S.C. §2254 challenging petitioner's conviction for aggravated assault with a deadly weapon on a law enforcement officer, in the Circuit Court, Second Judicial Circuit, Leon County, Florida, case number 2000-141-CF, is DENIED with prejudice."

The clerk shall close the file.

SO ORDERED this 17th day of March, 2006.

s/Robert L. Hinkle<br>
Chief United States District Judge